David J. Feldman, Esq.
Nevada Bar No. 5947
John C. Dorame, Esq.
Nevada Bar No. 10029
THE FELDMAN FIRM
8831 West Sahara
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmanattorneys.com
jdorame@feldmanattorneys.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VAHE SARKISSIAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS INSURANCE EXCHANGE, a foreign corporation; ABC CORPORATIONS I-X; BLACK AND WHITE COMPANIES I-X; and JOHN DOES I-X, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-00321-JAD-WGC<br><br><br><br>ECF No. 17 |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Vahe Sarkissian, by and through his counsel of record, Mark Wenzel, Esq. of the law firm of Bradley Drendel and Jeanney, and Defendant Farmers Insurance Exchange (Farmers Insurance Exchange is improperly named in Plaintiff's Complaint, as the proper insuring entity is Mid-Century Insurance Company, hereinafter "Defendant"), by and through its counsel of record, David J. Feldman, Esq. of The Feldman Firm, that Case No. 3:20-cv-00321-JAD-WGC, entitled *Vahe Sarkissian vs. Farmers*

. . .

. . .

. . .

. . .

1

*Insruance Exchange*, is hereby dismissed with prejudice so the parties can pursue binding arbitration, and that all parties agree to bear their own attorneys' fees and costs and any interest.

**IT IS SO STIPULATED.**

Dated: 6/25/21

By: /s/ Mark Wenzel
Mark Wenzel, Esq.
Nevada Bar No. 5820
BRADLEY, DRENDEL & JEANNEY
PO Box 1987
Reno, NV 89505
Telephone: (775) 335-9999
Facsimile: (702) 335-9993
*Attorneys for Plaintiff*

Dated: 7/21/21

By: /s/ David Feldman
David J. Feldman, Esq.
Nevada Bar No. 5947
THE FELDMAN FIRM
8831 West Sahara
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmanattorneys.com
*Attorneys for Defendant*
*Mid-Century Insurance Company*

**ORDER**

Based on the parties' stipulation **[ECF No. 17]**, and with good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 22, 2021

2